# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**1621 Alamo Road
Holtville, CA 92250**

FILED
NOV -7 2005
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER: '05 mg 8651

I  Donald E. Webster  being duly sworn depose and say:

I am a Senior Special Agent, U. S. Immigration & Customs Enforcement and have reason to believe that on the premises known as:

## ATTACHMENT A & A-1

In the **SOUTHERN** District of **CALIFORNIA** there is now concealed a certain person or property, namely (describe the person or property)

## ATTACHMENT B

which is (give alleged grounds for search and seizure under Rule 41(b) of the Federal Rules of Criminal Procedure)

Subject to seizure under Rule 41(b)(1), property that constitutes evidence of the commission of a criminal offense or (2) contraband, the fruits of crime or thing otherwise criminally possessed

In violation of **8 U.S.C. § 1324(a)(1)(A)(ii),(iii), (iv),(v)(I),(v)(II), and (a)(2)(B)(ii), and 18 U.S.C. § 2**

The facts to support the issuance of a Search Warrant are as follows:

## SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.    **X** Yes    ☐ No

*ORDERED SEALED BY COURT*

_____
Donald E. Webster, Senior Special Agent
U. S. Immigration & Customs Enforcement

Sworn to before me, and subscribed in my presence

November 7, 2005                                    at    El Centro, CA
_____                                   _____
Date                                                      City and State

PETER C. LEWIS
U. S. MAGISTRATE JUDGE
Name and Title of Judicial Officer                        Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |

INVENTORY MADE IN THE PRESENCE OF:

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

**Subscribed, sworn to, and returned before me this date.**

_____   _____
**U.S. Judge or Magistrate**            **Date**

**ATTACHMENT A**

**Premises to be searched**

The premise to be searched is located in Imperial County on the western outskirts of Holtville, California. The primary residence (not involved) has a physical address of 1621 Alamo Road, Holtville, California. Alamo Road runs east and west with several rural residences nearby. The residence at 1621 Alamo Road sits on a lot that is approximately 1 acre in size. Towards the south end of the lot sits a two-car garage that appears to have been converted into a residence (hereinafter "Target Residence"). The "Target Residence" to be searched has a black security screen door without numbers. The "Target Residence" has unpainted wood grained plywood and two full sized garage doors with two windows located on the south side of the residence.

**ATTACHMENT A-1**

**LIST OF ITEMS TO BE SEARCHED:**

- Converted two car garage located adjacent to 1621 Alamo Road, Holtville, California;

- Outside perimeter, including trash at 1621 Alamo Road, Holtville, California



## Attachment B

**The items to be seized**: passports, altered or fraudulent identification and immigration documents, various forms of United States Government documentation relating to alienage; travel documents; foreign and domestic correspondence relating to alien smuggling arrangements; airline/airfare tickets; lists containing names of associates and arrangers involved in alien smuggling activity; lists containing names of smuggled aliens along with their destinations and fees paid or to be paid; vehicle registrations of vehicles used in the smuggling and transporting of illegal aliens; financial records; bank statements; telephone records and bills; documents and receipts relating to evidence of temporary lodging of illegal aliens; documents indicating possession, dominion, and/or control of the property and any structures thereon; personal property of smuggled aliens in the form of wallets, purses, suitcases, tote bags, and clothing; utility bills; money orders and money order receipts; ~~computer disks or diskettes and hard drives and the contents therein utilized to maintain alien smuggling transaction records~~; and cellular telephones utilized to facilitate the bringing in, harboring, and transporting of illegal aliens.

*PCL*

# AFFIDAVIT

STATE OF CALIFORNIA   )
                      )  ss
COUNTY OF IMPERIAL    )

I, Donald E. Webster, Senior Special Agent, Immigration and Customs Enforcement (ICE), being duly sworn, hereby depose and state:

## A. Training and Experience

1. I have been a Senior Special Agent (SSA) with United States Immigration and Customs Enforcement since March 2003. Prior to that, I was an investigator with the Anti-smuggling Unit assigned to the El Centro Border Patrol Sector. Prior to that I was a Supervisory Border Patrol Agent in El Centro, California, since January 1989. I am currently assigned to the Calexico, California Office of Investigations, Human Trafficking Group. The Human Trafficking Group is tasked with investigating, arresting, and prosecuting alien smuggling organizations that utilize the Southern District of California as an operational corridor. These investigations are complex criminal investigations of mid- to high-level criminal smuggling organizations.

2. During my career, I have investigated and assisted in investigating multiple smuggling organizations, which resulted in the issuance of arrest warrants, search warrants, seizure warrants and the indictments/convictions individuals for alien smuggling. These persons include drivers, recruiters, arrangers, document providers, and top-level managers.

3. In the course of my current duties, I investigate and prepare for prosecution cases against persons involved in the inducement of illegal entry of undocumented aliens into

(1)

the United States; the smuggling of undocumented aliens into the United States; the transportation and harboring of undocumented aliens within the United States; and the utilization of illegally-obtained, counterfeit, altered or genuine immigration documents by undocumented aliens to illegally gain entry or remain in the United States.

4.   It is my experience, and the experience of many law enforcement officers with whom I have worked and conversed, that a conspiracy to smuggle aliens, and the smuggling of aliens, generates many types of evidence.  Examples include passports, altered or fraudulent identification and immigration documents, various forms of United States Government documentation relating to alienage; travel documents; foreign and domestic correspondence relating to alien smuggling arrangements; airline/airfare tickets; lists containing names of associates and arrangers involved in alien smuggling activity; lists containing names of smuggled aliens along with their destinations and fees paid or to be paid; vehicle registrations of vehicles used in the smuggling and transporting of illegal aliens; financial records; bank statements; telephone records and bills; documents and receipts relating to evidence of temporary lodging of illegal aliens; documents indicating possession, dominion, and/or control of the property and any structures thereon; personal property of smuggled aliens in the form of wallets, purses, suitcases, tote bags, and clothing; utility bills; money orders and money order receipts; computer disks or diskettes and hard drives and the contents therein utilized to maintain alien smuggling transaction records; and cellular telephones utilized to facilitate the bringing in, harboring, and transporting of illegal aliens.

//

B. **Purpose of This Affidavit**

5. This affidavit is submitted in support of an application for the issuance of a search warrant for one structure located at 1621 Alamo Road, Holtville, California, 92250, and more fully described in Attachment A and depicted in Attachment A-1, incorporated herein by reference. A description of items to be seized is set forth in Attachment B, incorporated herein by reference. Because the purpose of this affidavit is merely to provide probable cause for the issuance of a search warrant, it does not contain all information developed in connection with the investigation described herein. The information set forth below is based upon my personal observations, my conversations with other law enforcement personnel, review of reports prepared by myself or other law enforcement personnel, and conversations with other witnesses.

C. **Summary of Investigation**

6. In 2003, the USBP Anti-Smuggling Unit (ASU) began investigating an alien smuggling organization that arranges transportation and harboring of undocumented aliens in Imperial County, California. As described herein, the investigation has revealed that undocumented aliens are transported to load houses near Holtville, and then north to Los Angeles, California. Arrangements are then made for the delivery of the undocumented aliens to their sponsors after payment of the smuggling fee. As described herein, the investigation has identified: (1) a current load house at 1621 Alamo Road, Holtville, California 92250.

(3)

7.  Described below is a series of events including apprehensions, arrests, surveillance, and witness statements. Based on these events and information, there is probable cause to believe that members of the alien smuggling organization are involved in a conspiracy to conceal and transport illegal aliens, and to bring illegal aliens into the United States, in violation of 8 U.S.C. § 1324.

8.  On January 23, 2003, Special Agents from the Anti-Smuggling Unit (ASU) in El Centro, California, apprehended eighteen undocumented aliens at 2001 E. McCabe Road, Holtville, California.

9.  On February 19, 2003, Special Agents returned to 2001 E. McCabe Road, Holtville, California, and apprehended an additional six undocumented aliens on the property.

10. On May 07, 2003, ASU Special Agent Webster received a telephone call from an individual (hereinafter "CI-1"), stating that several aliens had been placed in a converted garage located at 1621 Alamo Road, Holtville, California. CI-1 also stated that the undocumented aliens would be transported into the interior of the United States in a tractor-trailer. Special Agents responded to the 1621 Alamo Road and began surveillance on May 07, 2003 at approximately 6:30 p.m. Agents continuously monitored the residence and observed several subjects being removed from the residence and placed into a red tractor-trailer.

11. ASU agents followed the above-referenced tractor-trailer from 1621 Alamo Road to the U.S. Border Patrol checkpoint near Niland, California, where it was inspected with the consent of the driver. Border Patrol Agents at the checkpoint located fourteen

(4)

undocumented aliens concealed inside the refrigerated trailer. The driver and passenger were arrested and processed for transportation of illegal aliens, in violation of 8 U.S.C. § 1324. Subsequent investigation revealed that Alberto Noriega-Perez is the owner of the property at 1621 Alamo Road, and 2001 East McCabe Road, Holtville, California.

12.  On October 31, 2004, Elvis Campos-Pantoja was arrested by Border Patrol El Centro at a local motel with three illegal aliens from Mexico. On November 11, 2004, Agent Webster identified Campos' truck as a Ford F-250 with California license plates 4W67337. Agent Webster observed the truck coming in and out of the property located at 2001 E. McCabe Road, Holtville, California. On December 12, 2004, a check with the Imperial Irrigation District revealed that Elvis Campos was paying the electric bill at 2001 E. Mc Cabe Road, Holtville, California.

13.  On January 23, 2005, at approximately 6:00 p.m., Calexico Border Patrol Agents apprehended a smuggling event due to a lookout from Border Patrol Yuma, Arizona. A truck registered to Elvis CAMPOS-Pantoja, described as a 1994 black Ford F-250 with California license plates 4W67337, had a tarp covering several persons in the bed. The truck was being driven west on Interstate 8 into California. Agents stopped the truck and apprehended ten illegal aliens from Mexico. No driver was identified.

14.  On January 27, 2005, Calexico Border Patrol Agents apprehended a tandem load on Interstate 8 with 2 drivers/principals and nine undocumented aliens. One of the drivers took Supervisory Border Patrol Agent Nelson Atiles to 2001 E. McCabe Road and told him that he was taking the aliens to this property.

(5)

15. On February 27, 2005, Calexico Border Patrol agents assisted the local Sheriff's office during a disturbance at 2001 E. Mc Cabe Road. Agents located and apprehended eighteen undocumented aliens. Elvis Campos was located in an administrative house and two stolen vehicles were also recovered from inside the 2001 E. McCabe Road property. During this event, Campos was driving a white Ford Expedition bearing California license plates 5LEN094 registered to Martin Pantoja. This vehicle has been seen several times at 1621 Alamo Road and 2001 E. McCabe Road, Holtville, California.

16. On March 16, 2005, ICE agents were observing the property at 1621 Alamo Road, Holtville, California. Agents watched as several subjects were removed from the converted garage at 1621 Alamo Road and placed into the bed and extended cab portion of a pick-up truck described as a 1995 blue Chevrolet 1500 pick-up truck, California license plates 4E21107. The vehicle was stopped and eighteen illegal aliens were apprehended. The driver of this vehicle, Jose LOPEZ-Hernandez, was arrested and prosecuted for transportation of illegal aliens, in violation of 8 U.S.C. § 1324. LOPEZ-Hernandez has pleaded guilty and has been sentenced.

17. On May 5, 2005, at approximately 12:15 p.m., a vehicle departed from 1621 Alamo Road, Holtville, California. Border Patrol Agents attempted to stop the vehicle, which resulted in a failure to yield. Agents finally were able to stop the vehicle after a lengthy pursuit cross country through the desert. A driver and passenger were the only occupants. During interviews, it was determined that the passenger was Rogelio PEREZ-Bravo, a sixteen-year-old citizen of Mexico. PEREZ admitted to Special Agent Paul Lewenthal that he and the driver were going to pick up illegal aliens. PEREZ further

admitted that he was the nephew of Alberto Noriega-Perez. Record checks show that Rogelio PEREZ was apprehended at 2001 E. McCabe Road on February 21, 2005.

18. On July 21, 2005, at approximately 2:06 a.m., Calexico Border Patrol apprehended a driver and nine illegal aliens near Ogilby Road and Interstate 8. One of the individuals apprehended on this occasion was Rogelio PEREZ. The vehicle utilized was a 1993 Red GMC Z-71, California license plate 4U65812. This vehicle was seen at 2001 E. McCabe Road, Holtville, California, prior to this apprehension.

19. On August 29, 2005, Agent Webster met with an individual (hereinafter "CI-2") that provided information regarding the property located at 2001 E. McCabe Road, Holtville, California. CI-2 stated that Alberto Noriega owned the property located at 2001 E. McCabe Road and has been present when illegal aliens were staged at the property for further movement into the United States. CI-2 stated that Alberto Noriega knowingly rents out his properties to smugglers for $1,500 per month to further the movement of illegal aliens into the United States. Furthermore, CI-2 stated that several key drivers working for the "Perfino" organization stay at the property.

20. On September 4, 2005, ICE agents received information from an individual (hereinafter "CI-3") that at least sixty illegal aliens were at the property located at 2001 E. McCabe Road, Holtville, California. Agents began surveillance of the property and Agent Webster observed a white Ford F-150 extended cab pick-up truck entering the property at approximately 6:36 p.m. Agent Webster observed Alberto Noriega walk to the gate of the property and then to a trailer known to contain aliens. Thirteen minutes later the F-150 left the property with at least three persons sitting in the front seat. ICE

(7)

agents followed the vehicle until a Custom and Border Protection helicopter arrived and the pilot was able to see that a tarp was covering several persons in the bed of the truck. ICE agents attempted to stop the F-150 but the driver failed to yield and fled at a high rate of speed. ICE agents pursued the F-150 for more than sixty miles before the driver crashed into a large brush pile in the middle of the Chocolate Mountains gunnery range east of Niland, California. The driver fled and evaded apprehension. However, ICE agents were able to apprehend seventeen illegal aliens from Mexico.

21.  Special Agent Lewenthal interviewed the seventeen aliens referenced above and learned that they had been at a ranch for one day during which time they had observed up to eighty other illegal aliens coming and going from the house where they were kept. One person interviewed stated that when they arrived at the ranch house, a person asked them who brought them and then wrote down their names into a book. Shortly before they got into the truck, one of the witnesses stated that a man received a boost radio transmission that told him to move his truck because the driver of the white truck was coming into the property to load up with aliens. When the white truck arrived they were placed into it and the truck left the property.

22.  On September 28, 2005, a documented confidential informant hereafter identified as SA-522-CA, provided the following information regarding 2001 East McCabe Road in Holtville, California; SA-522-CA stated that he went to the McCabe Road location and observed approximately forty plus undocumented aliens. He spoke with the caretaker "Cejas". SA-522-CA further stated that "Cejas" told him that he was in charge of the

aliens at the ranch and that business was prospering and that they would continue utilizing the ranch to stage large numbers of undocumented aliens.

23. On September 29, 2005, SA-522-CA reported that he spoke with another known driver, "Negro". "Negro" stated that they were moving two and three trucks full of aliens per night out of the McCabe ranch property. He further stated that business was good and that they would continue to move large numbers of aliens from the McCabe ranch on a daily basis.

24. On October 7, 2005, SA-522-CA reported that the organization was going to move aliens from the McCabe ranch property. SSA Webster relayed that information to El Centro Sector Border Patrol agents who were conducting an intelligence operation along the organizations route of travel in the Chocolate Mountain Bombing range. Border Patrol Agents encountered five smuggling vehicles resulting in forty-four arrests. During the apprehension, three vehicles were stopped with a controlled tire deflation device. One of those vehicles attempted to abscond resulting in a roll over accident with fourteen persons requiring hospitalization. The driver of that vehicle was one of those transported to the hospital and subsequently absconded. That driver was identified by SA-522-CA as "Catracho", a known driver of the organization.

25. On October 10, 2005, SA-522-CA reported that the organization had over eighty undocumented aliens housed at the McCabe ranch and that they would be moved on October 11, 2005.

26. On October 11, 2005, I.C.E. Agents served a Federal Search Warrant at 2001 E. McCabe Road, Holtville, CA. Agents arrested seventy-four (74) illegal aliens in several

structures on the property. Oscar Guadalupe CASTANEDA-Rocha, AKA "CEJAS" was identified and prosecuted as the caretaker of the aliens.

27.   During the week following the service of the search warrant, SA-522-CA was able to record a conversation he had with Alberto Noriega. Noriega offered to rent his property at 1621 Alamo Road, Holtville, California, to the organization for a rental fee of One Thousand dollars ($1,000.00) per month and stated that it was big enough to hold fifty or sixty undocumented aliens inside. SA-522-CA paid Noriega the One Thousand dollars ($1,000.00) to rent the Alamo property.

28.   On October 28, 2005, SA-522-CA stated that he observed twenty-nine (29) undocumented aliens at the property located at 1621 Alamo Road, Holtville, California. Video surveillance captured two trucks arriving at approximately 3:00p.m. One truck was backed inside the garage, and the garage door was closed down to the hood in order to block any view inside the garage. The second truck was parked on the side of the garage. Several subjects came out of the garage and were placed into the bed of the truck. These subjects were then covered by a tarp and both trucks left the property at the same time.

29.   On October 29, 2005, at approximately 3:00p.m, another truck arrived at the Alamo property and backed into the garage. The door was closed down to the hood and a few minutes later, the truck left.

30.   On November 2, 2005, at approximately 3:00p.m, Agents watching 1621 Alamo Road, Holtville, California, observed two trucks enter the property. The first truck, a green Chevrolet extended cab 4x4, backed into the south garage door. The door was

lowered and several minutes later, the door was opened and the green truck left. Border Patrol Agents in the area attempted to stop the green truck resulting in a failure to yield. An unsuccessful attempt was made to deploy a tire deflation device. The driver of the green truck began traveling at a high rate of speed and evaded apprehension.

31. The second truck was a white Chevrolet extended cab 4x4 pickup truck. Once the green truck left, the driver backed his white truck into the garage and the door was again closed. Several minutes later, the white truck departed the property. Border Patrol Agents eventually were able to catch up to the white truck and attempted to stop it. The white truck failed to yield and Agents were able to successfully deploy a tire deflation device causing the truck to stop a short distance later. Rogelio PEREZ-Bravo, seventeen years of age, was apprehended in the driver's seat. PEREZ admitted on a prior apprehension that his uncle was Alberto NORIEGA-Perez, the owner of *both* the Alamo and McCabe properties. The front seat passenger Kareem CEJA-Chon was identified and admitted that he was assisting PEREZ in transporting illegal aliens. Agents located fifteen additional subjects concealed in the extended cab and bed of the white truck. Each of the subjects admitted that they were citizens and nationals of Mexico, illegally present in the United States. CEJA described the Alamo property as the location where he and PEREZ picked up the illegal aliens. CEJA also admitted that he and PEREZ picked up thirteen other undocumented aliens from the Alamo property one week ago.

32. On November 7, 2005, SA-522-CA stated that he observed 32 undocumented aliens being held at 1621 Alamo Road, Holtville, California. These undocumented aliens are to be transported to Los Angeles, California, this evening.

//

(11)

**E.    Conclusion:**

33.    Based on the above-described information and observations, I believe there is probable cause to search the structure described in Attachment A and depicted in Attachment A-1 for evidence of violations of 8 U.S.C. § 1324 (a)(1)(A)(ii), (iii), (iv), (v)(I), (v)(II), and (a)(2)(B)(ii), and 18 U.S.C. § 2, including all items described in Attachment B.

34.    It is further requested that this affidavit and the accompanying application and warrant be sealed due to the ongoing criminal investigation.

Donald E. Webster, Special Agent
Immigration and Customs Enforcement

Subscribed to and sworn to before me

this ___7th___ day of November 2005.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

(12)