```
1  CAROL C. LAM
   United States Attorney
2  Paul L. Starita
   Assistant U. S. Attorney
3  California State Bar No. 219573
   Federal Office Building
4  880 Front Street, Sixth Floor
   San Diego, CA  92101-8800
5  Telephone: (619) 557-5528
6
   Attorneys for the
7  United States of America
```

FILED

NOV -7 2005

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of ) Case No.: **'05 mg 8651**
)
1621 Alamo Road ) ORDER SEALING APPLICATION AND
Holtville, CA 92250 ) AFFIDAVIT FOR SEARCH WARRANT
)
_____ )

Upon motion of the UNITED STATES OF AMERICA and good cause appearing in that the investigation is ongoing.

IT IS HEREBY ORDERED that the application for search warrant with supporting documents, the affidavit of SENIOR SPECIAL AGENT DONALD E. WEBSTER in support of the captioned matter and this order be sealed until further order of this Court.

DATED: 11-7-05

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

Presented by:

CAROL C. LAM
United States Attorney

Paul L. Starita
Assistant U. S. Attorney